**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

February 11, 2025
**LETTER ORDER**

**Re:    Yan v. Fada Group Inc, et al.**
       **Civil Action No. 23-2868 (JXN)**

Dear Counsel,

As discussed during the telephone conference held with the parties in this matter earlier today, the Court orders the following:

1. All responses to extant written discovery requests shall be served by **February 28, 2025**.

2. All discovery shall be completed by **April 30, 2025**.

3. The Court having been advised by counsel for Plaintiffs' ("Mr. Schweitzer") that he is withdrawing his Motion to Withdraw as Attorney (the "Motion") for Plaintiff Kristyn Dietrich [*see* Dkt. No. 28], but that Mr. Schweitzer will pursue the Motion as to Plaintiff Samantha Hoff ("Ms. Hoff") [*see id.*], Mr. Schweitzer shall provide Ms. Hoff notice by **April 15, 2025** that the Court will consider the Motion at a telephonic hearing on **May 6, 2025 at 11:30 AM**. Mr. Schweitzer shall initiate the telephonic hearing and provide Ms. Hoff an opportunity to be present, should she so desire. Should Ms. Hoff object to Mr. Schweitzer's withdrawal of representation as to her, she will have the opportunity to do so at the hearing or by otherwise advising the Court.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**