**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUN XUE YAN,<br><br>Plaintiff,<br><br>v.<br><br>FADA GROUP INC d/b/a Sogo, et al.,<br><br>Defendants. | Civil Action No. 23-2868 (JXN)<br><br><br>**MEDIATION REFERRAL ORDER** |

**THE COURT HAVING DETERMINED** that, on July 21, 2026 after careful consideration of Defendants' then-pending motions for summary judgment, this action should be referred to mediation pursuant to Local Civil Rule 301.1, *see* Dkt. No. 56, and the parties having advised the Court on July 30, 2026 that they have agreed upon a mediator, *see* Dkt. No. 58,

**IT IS** on this day, July 30, 2026, **ORDERED** that:

1. The parties are referred to mediation before Glenn Berman, Esq., Greenbaum Rowe Smith & Davis LLP, 99 Wood Avenue South, Woodbridge, New Jersey 07095, subject to the mediator's completion of a conflicts check.  The parties shall contact the mediator to schedule the mediation session.

            s/ James B. Clark, III
            **JAMES B. CLARK, III**
            **United States Magistrate Judge**